## STANDARD PIPE & SUPPLY CO. v. CALIFORNIA NORTHERN CORPORATION.
### No. 7603.

Circuit Court of Appeals, Ninth Circuit.
Oct. 10, 1934.

## JOHNSON v. ADERHOLD, Warden.
### No. 7341.

Circuit Court of Appeals, Fifth Circuit.
Oct. 24, 1934.

Matthew Johnson, of Atlanta, Ga., in pro. per.

Lawrence S. Camp, U. S. Atty., and H. T. Nichols, Sp. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

In June, 1928, Matthew Johnson was sentenced on his pleas of guilty to indictments charging robbery under the Code of the District of Columbia 1929, title 6, § 34, and to a third indictment charging assault with intent to commit robbery in violation of section 28 of the same title. The sentences imposed were ten years and eight years, respectively, on the first two indictments, and five years on the assault charge; the sentences to run consecutively in the order named. He appeals from an order denying his petition for the writ of habeas corpus.

It is enough to say, since the first sentence of ten years imposed has not expired, that the application for habeas corpus was premature. The question of the validity of the other two sentences is not properly before us for consideration.

The judgment is affirmed.